To anyone and everyone who this may apply to:

And especially to the dumb female cop-pair who arrested me on a B.S. charge of 'Failure to register', yet I was their to 'Register'. WTF?!! The 2 women had the Main-Front door locked—stating they were closed— hoping to turn-away would-be registerers' so they could put out a warrant.

Out of the heart come evil thoughts— ... theft, False-testimony, slander. [MATTHEW 15:19]

I can-not change the world, but it is my hope that you people will quit lying/scheming to arrest certain individuals just because you either do not like them, or because you are seeking some personal vendetta— prosecuting out of anger or revenge. Shame on ya'll

I am writing to president BIDEN concerning the corruption here in Clay County, as well as Duval.

Thank You and have a good day whomever U R